IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCISCO TINOCO, CIPRIANO REA VARA, CARLOS VARELAS, AND PEDRO MORALES, on behalf of themselves and all other similarly situated plaintiffs known and unknown,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MARIANI COMMERCIAL LANDSCAPING INC. A/K/A MARIANI ENTERPRISES, D/B/A MARIANI LANDSCAPE,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No: 16-cv-02202<br>)<br>) Honorable Andrea R. Wood<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER OF APPROVAL OF SETTLEMENT, DISMISSAL OF COLLECTIVE ACTION CLAIMS AND ORDER OF DISMISSAL OF CASE PURSUANT TO F.R.C.P. 41(a)(2)

**THIS CAUSE** having come before the Court on the parties' Agreed Motion To Dismiss Collective or Representative Claims, For Approval Of Settlement And for Dismissal of Case Pursuant to Rule 41(a)(2), it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. This Court hereby grants the parties' agreed motion to dismiss collective or representative claims, approves the settlement and dismisses the case pursuant to FRCP 41 (a)(2), said dismissal being without prejudice to other similarly situated past or present employees of defendant, if any, who are not parties to this case.

2. After having reviewed the terms and conditions of the settlement agreement, this Court hereby accepts and approves the settlement reached between the parties as a fair and

{40245426;1}

reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act; and;

    3.    The above cause be hereby dismissed, initially without prejudice, said dismissal to convert to a dismissal with prejudice thirty (30) days after entry of this Order, with each party to bear their own attorneys' fees and costs except as otherwise agreed.

**THIS CASE IS CLOSED.**

**SO ORDERED.**

DATE: 12/23/2016

ENTERED:

*/s/ Andrea R. Wood*
HON. ANDREA R. WOOD
United States District Judge